NUMBER 13-04-00538-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE FORD MOTOR COMPANY

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Ford Motor Company, filed a petition for writ of mandamus in the above
cause on October 13, 2004. The Court requested a response from the real parties in
interest, and such response was filed on November 29, 2004. Ford Motor Company
filed a reply and a motion to strike on December 15, 2004.
         The Court, having examined and considered Relator’s motion to strike, is of the
opinion that said motion should be GRANTED. 
         The Court, having examined and fully considered the petition for writ of
mandamus, response, and reply thereto, is of the opinion that relator has not shown
itself entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 24th day of January, 2005.